# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID NEWMAN,<br><br>   Petitioner,<br><br> v.<br><br>FELICIA PONCE, Warden,<br><br>   Respondent. | Case No. 2:18-cv-02348 JWH (MAA)<br><br>**ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

  Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the other records on file herein, and the Report and Recommendation of the United States Magistrate Judge.

  The time for filing objections has expired, and no objections have been made.

  IT THEREFORE IS ORDERED that (1) the Report and Recommendation of the Magistrate Judge is accepted; and (2) Judgment shall be entered denying the Second Amended Petition and dismissing this action with prejudice.

DATED: November 5, 2020

              _____
              JOHN W. HOLCOMB
              UNITED STATES DISTRICT JUDGE